# UNITED STATES BANKRUPTCY COURT
## MIDDLE **DISTRICT OF** FLORIDA
### ORLANDO **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| BOROS, RAYMOND ALLAN | § | Case No. 19-05262 LVV |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/10/2019 .   The undersigned trustee was appointed on  08/12/2020 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $          2,500.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.48 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $          2,499.52 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  01/20/2020  and the deadline for filing governmental claims was  02/10/2020 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 625.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 625.00 , for a total compensation of $ 625.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 88.45 , for total expenses of $ 88.45 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/29/2020                    By:/s/ROBERT E. THOMAS, TRUSTEE
                                         Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 19-05262 | LVV | Judge: LORI V VAUGHAN | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
|---|---|---|---|---|---|

Case Name:   BOROS, RAYMOND ALLAN

Date Filed (f) or Converted (c):   08/10/19 (f)

341(a) Meeting Date:   09/10/19

For Period Ending:  10/29/20

Claims Bar Date:   01/20/20

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 741 BURMAN LANE NE PALM BAY, FL 32905, SINGLE-FAM | 90,000.00 | 0.00 | | 0.00 | FA |
| 2. 2018 FORD FUSION MILEAGE: 8000 | 14,000.00 | 14,000.00 | | 0.00 | FA |
| 3. KITCHEN TABLE, OLD WASHER & DRYER, BED & DRESSER | 400.00 | 400.00 | | 0.00 | FA |
| 4. TV, CELL PHONE, OLD COMPUTER | 400.00 | 400.00 | | 0.00 | FA |
| 5. EVERY DAY CLOTHING, SHOES ETC | 600.00 | 600.00 | | 0.00 | FA |
| 6. WATCH (OLD) | 5.00 | 5.00 | | 0.00 | FA |
| 7. CASH | 5.00 | 5.00 | | 0.00 | FA |
| 8. BANK OF AMERICA | 100.00 | 100.00 | | 0.00 | FA |
| 9. SPCAE COST CREDIT UNION - CLOSED* | 0.00 | 0.00 | | 0.00 | FA |
| 10. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 11. 401(K) OR SIMILIAR PLAN: FIDELITY - FORMERLY INTER | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 12. PENSION PLAN JOHNSON CONTROLS INC., US BANK* | Unknown | 0.00 | | 0.00 | FA |
| 13. ADDITIONAL ACCOUNT *UNKNOWN VALUE - RECEIVES $3289 | Unknown | 0.00 | | 0.00 | FA |
| 14. FRAUDULENT TRANSFER TO EX WIFE (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $165,510.00 | $78,010.00 | | $2,500.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DEBTOR TRANSFERRED $2,500.00 TO HIS EX WIFE WITHIN 90 DAYS OF FILING BANKRUPTCY.  DEBTOR REPAID THE ESTATE $2,500.00 IN MONTHLY PAYMENTS THROUGH JULY 2020

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 19-05262    LVV   Judge: LORI V VAUGHAN | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
| Case Name: | BOROS, RAYMOND ALLAN | Date Filed (f) or Converted (c): | 08/10/19 (f) |
| | | 341(a) Meeting Date: | 09/10/19 |
| | | Claims Bar Date: | 01/20/20 |

CLAIMS REVIEWED

FINAL REPORT OF ESTATE SUBMITTED TO US TRUSTEE'S OFFICE SEPTEMBER 18, 2020

Initial Projected Date of Final Report (TFR): 08/30/20        Current Projected Date of Final Report (TFR): 08/30/20

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

**Exhibit B**

| | | |
|---|---|---|
| Case No: | 19-05262 -LVV | |
| Case Name: | BOROS, RAYMOND ALLAN | |

| | |
|---|---|
| Taxpayer ID No: | *******3377 |
| For Period Ending: | 10/29/20 |

| | |
|---|---|
| Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0780  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 21,701,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/18/19 | 14 | RAYMOND BOROS | REPAYMENT | 1241-000 | 250.00 | | 250.00 |
| 12/02/19 | 14 | RHONDA BOROS | REPAYMENT | 1241-000 | 250.00 | | 500.00 |
| 12/27/19 | 14 | RHONDA BOROS | REPAYMENT | 1241-000 | 250.00 | | 750.00 |
| 01/27/20 | 14 | RHONDA BOROS | REPAYMENT | 1241-000 | 150.00 | | 900.00 |
| 02/05/20 | 14 | RHONDA BOROS | REPAYMENT | 1241-000 | 100.00 | | 1,000.00 |
| 02/25/20 | 14 | RHONDA BOROS | REPAYMENT | 1241-000 | 250.00 | | 1,250.00 |
| 03/05/20 | | International Sureties, Ltd. | Bond Premium | 2300-000 | | 0.48 | 1,249.52 |
| | | Suite 420 | | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/19/20 | 14 | RHONDA BOROS | REPAYMENT | 1241-000 | 250.00 | | 1,499.52 |
| 04/27/20 | 14 | RHONDA BOROS | REPAYMENT | 1241-000 | 250.00 | | 1,749.52 |
| 05/26/20 | 14 | RHONDA BOROS | REPAYMENT | 1241-000 | 250.00 | | 1,999.52 |
| 06/19/20 | 14 | RHONDA BOROS | REPAYMENT | 1241-000 | 250.00 | | 2,249.52 |
| 07/20/20 | 14 | RHONDA BOROS | REPAYMENT | 1241-000 | 250.00 | | 2,499.52 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 2,500.00 | 0.48 | 2,499.52 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 2,500.00 | 0.48 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 2,500.00 | 0.48 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******0780 | 2,500.00 | 0.48 | 2,499.52 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 2,500.00 | 0.48 | 2,499.52 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 2,500.00 | 0.48 |

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

Ver: 22.02f

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

**Exhibit B**

| Case No: | 19-05262 -LVV | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
| Case Name: | BOROS, RAYMOND ALLAN | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0780 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3377 | | |
| For Period Ending: | 10/29/20 | Blanket Bond (per case limit): | $ 21,701,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - *******0780

| | | | Page Subtotals | | 0.00 | 0.00 | |

# Middle District of Florida
# Claims Register

EXHIBIT C

## 6:19-bk-05262-LVV Raymond Allan Boros

**Judge:** Lori V. Vaughan    **Chapter:** 7

**Office:** Orlando    **Last Date to file claims:** 01/20/2020

**Trustee:** Robert E Thomas    **Last Date to file (Govt):**

| Creditor: (28586421)<br>Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim No: 1<br>Original Filed<br>Date: 10/28/2019<br>Original Entered<br>Date: 10/28/2019 | Status:<br>Filed by: CR<br>Entered by: American InfoSource (AB)<br>Modified: |
|---|---|---|

Amount claimed: $350.18   UNSECURED   6281 cc

History:

| Details | 1-1 | 10/28/2019 | Claim #1 filed by Capital One Bank (USA), N.A., Amount claimed: $350.18 (American InfoSource (AB)) |
|---|---|---|---|

Description:

Remarks:

| Creditor: (28428354)<br>Dept of Treasury-IRS<br>P.O. Box ~~931200~~ 7317<br>~~Louisvile, KY 40293~~<br>Philadelphia PA 19101-7317 | Claim No: 2<br>Original Filed<br>Date: 10/30/2019<br>Original Entered<br>Date: 10/30/2019 ok | Status:<br>Filed by: CR<br>Entered by: Internal Revenue Service<br>Modified:<br>TAX 12/31/16  12/31/17 |
|---|---|---|

Amount claimed: $6503.34   Penalty Subordinated 1119.92

Secured claimed: $0.00   UNSECURED 2428.41

Priority claimed: $2955.01   priority   SSN XXX-XX-9977

History:

| Details | 2-1 | 10/30/2019 | Claim #2 filed by Dept of Treasury-IRS, Amount claimed: $6503.34 (Internal Revenue Service) |
|---|---|---|---|

Description:

Remarks:

| Creditor: (28668964)<br>CREDIT FIRST NA | Claim No: 3<br>Original Filed<br>Date: 12/06/2019 ok | Status:<br>Filed by: CR |
|---|---|---|

History:

| Details | 3-1 | 12/06/2019 | Claim #3 filed by CREDIT FIRST NA, Amount claimed: $1723.68 (Credit First NA (LW)) |
|---|---|---|---|

Description:

Remarks:

| PO BOX 818011<br>CLEVELAND, OH 44181-8011 | *Original Entered*<br>*Date:* 12/06/2019 ✓ OK | *Entered by:* Credit First NA (LW)<br>*Modified:* |
|---|---|---|

| Amount claimed: $1723.68 ‖‖ UNSecured | 99 77 |
|---|---|

| *History:* | | | Firestone |
|---|---|---|---|
| Details ● | 3-1 | 12/06/2019 | Claim #3 filed by CREDIT FIRST NA, Amount claimed: $1723.68 (Credit First NA (LW)) |

*Description:*

*Remarks:*

---

| *Creditor:* (28705985)<br>Portfolio Recovery Associates, LLC<br>POB ~~41067~~ 12914<br>Norfolk, VA 23541 ✓ | **Claim No: 4**<br>*Original Filed*<br>*Date:* 12/30/2019<br>*Original Entered*<br>*Date:* 12/30/2019 ✓ OK | *Status:*<br>*Filed by:* CR<br>*Entered by:* PRA Receivables<br>Management , LLC (JP)<br>*Modified:* |
|---|---|---|

| Amount claimed: $910.97 ‖‖ UNSecured | 3978 CC |
|---|---|

| *History:* | | COMENITY     PIER ONE IMPORTS |
|---|---|---|
| Details ● | 4-1 | 12/30/2019 | Claim #4 filed by Portfolio Recovery Associates, LLC, Amount claimed: $910.97 (PRA Receivables Management , LLC (JP)) |

*Description:*

*Remarks:*

---

| *Creditor:* (28714215)<br>Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | **Claim No: 5**<br>*Original Filed*<br>*Date:* 01/03/2020<br>*Original Entered*<br>*Date:* 01/03/2020 ✓ OK | *Status:*<br>*Filed by:* CR<br>*Entered by:* Becket & Lee, LLP (GD)<br>*Modified:* |
|---|---|---|

| Amount claimed: $584.55 ‖‖ UNSecured | 5301 CC |
|---|---|

| *History:* | | KOHL'S |
|---|---|---|
| Details ● | 5-1 | 01/03/2020 | Claim #5 filed by Capital One, N.A., Amount claimed: $584.55 (Becket & Lee, LLP (GD)) |

*Description:*

*Remarks:*

---

| *Creditor:* (28428361)<br>Space Coast Credit Union<br>P.O. Box 419002 ✓<br>Melbourne, FL 32941 | **Claim No: 6**<br>*Original Filed*<br>*Date:* 01/10/2020 ✓<br>*Original Entered* OK | *Status:*<br>*Filed by:* CR<br>*Entered by:* Auto-Claim Filer<br>*Modified:* |
|---|---|---|

| *History:* |
|---|
| Details ● | 6-1 | 01/10/2020 | Claim #6 filed by Space Coast Credit Union, Amount claimed: $2711.32 (Auto-Claim Filer) |

*Description:*

*Remarks:* (6-1) Account Number (last 4 digits):8380

|  | Date: 01/10/2020 ✓ |  |
|---|---|---|
| Amount claimed: $2711.32 —╫— UNSECURED | | 8380 |

| History: | | | |
|---|---|---|---|
| Details ⊙ | 6-1 | 01/10/2020 | Claim #6 filed by Space Coast Credit Union, Amount claimed: $2711.32 (Auto-Claim Filer) |

Description:

Remarks: (6-1) Account Number (last 4 digits):8380

| Creditor: (28725384) Midland Funding LLC PO Box 2011 Warren, MI 48090 | Claim No: 7 Original Filed Date: 01/13/2020 Original Entered ✓ Date: 01/13/2020 OK | Status: Filed by: CR Entered by: Midland Credit Management, Inc (AD) Modified: |
|---|---|---|

| Amount claimed: $1853.79 —╫— UNSECURED | | 6235 |
|---|---|---|

SYNCHRONY BANK HHGREGG

| History: | | | |
|---|---|---|---|
| Details ⊙ | 7-1 | 01/13/2020 | Claim #7 filed by Midland Funding LLC, Amount claimed: $1853.79 (Midland Credit Management, Inc (AD)) |

Description: (7-1) 2257

Remarks:

| Creditor: (28725384) Midland Funding LLC PO Box 2011 Warren, MI 48090 | Claim No: 8 Original Filed Date: 01/13/2020 Original Entered ✓ Date: 01/13/2020 OK | Status: Filed by: CR Entered by: Midland Credit Management, Inc (AD) Modified: |
|---|---|---|

| Amount claimed: $2236.57 —╫— UNSECURED | | 6719 |
|---|---|---|

SYNCHRONY BANK KANES FURN.

| History: | | | |
|---|---|---|---|
| Details ⊙ | 8-1 | 01/13/2020 | Claim #8 filed by Midland Funding LLC, Amount claimed: $2236.57 (Midland Credit Management, Inc (AD)) |

Description: (8-1) 2300                                     JUDGMENT

Remarks:

| Creditor: (28727090) Department Stores National Bank c/o Quantum3 Group LLC PO Box 657 Kirkland, WA 98083-0657 | Claim No: 9 Original Filed Date: 01/13/2020 Original Entered ✓ Date: 01/13/2020 | Status: Filed by: CR Entered by: Citibank, N.A. (JD) Modified: |
|---|---|---|

| History: | | | |
|---|---|---|---|
| Details ⊙ | 9-1 | 01/13/2020 | Claim #9 filed by Department Stores National Bank, Amount claimed: $1850.50 (Citibank, N.A. (JD)) |

Description: (9-1) Money Loaned

Remarks:



| Amount claimed: $1850.50 | UNSECURED | 3351 Loan |

*History:* MACY'S

| Details | 9-1 | 01/13/2020 | Claim #9 filed by Department Stores National Bank, Amount claimed: $1850.50 (Citibank, N.A. (JD)) |

*Description:* (9-1) Money Loaned

*Remarks:*

| Creditor: (28729336)<br>Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090 | **Claim No: 10**<br>*Original Filed*<br>*Date:* 01/14/2020<br>*Original Entered*<br>*Date:* 01/14/2020  ow | Status:<br>*Filed by:* CR<br>*Entered by:* Midland Credit<br>Management, Inc (RN)<br>*Modified:* |

| Amount claimed: $1244.12 | UNSECURED | 2215 |

*History:* Citibank HOME DEPOT

| Details | 10-1 | 01/14/2020 | Claim #10 filed by Midland Credit Management, Inc., Amount claimed: $1244.12 (Midland Credit Management, Inc (RN)) |

*Description:* (10-1) 2215

*Remarks:*

## Claims Register Summary

**Case Name:** Raymond Allan Boros
**Case Number:** 6:19-bk-05262-LVV
**Chapter:** 7
**Date Filed:** 08/10/2019
**Total Number Of Claims:** 10

| Total Amount Claimed* | $19969.02 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | $2955.01 | |
| Administrative | | |

## PACER Service Center

| Transaction Receipt | | | |
|---|---|---|---|
| 09/17/2020 13:01:43 | | | |
| **PACER Login:** | Rttrustee:2627913:0 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 6:19-bk-05262-LVV Filed or Entered From: 1/1/1985 Filed or Entered To: 9/17/2020 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-05262 LVV
Case Name: BOROS, RAYMOND ALLAN
Trustee Name: ROBERT E. THOMAS, TRUSTEE

Balance on hand                                      $         2,499.52

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ROBERT E. THOMAS, TRUSTEE | $ 625.00 | $ 0.00 | $ 625.00 |
| Trustee Expenses: ROBERT E. THOMAS, TRUSTEE | $ 88.45 | $ 0.00 | $ 88.45 |
| Other: INTERNATIONAL SURETIES, LTD | $ 0.48 | $ 0.48 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $         713.45

Remaining Balance                                          $         1,786.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,955.01  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Dept of Treasury-IRS | $ 2,955.01 | $ 0.00 | $ 1,786.07 |

Total to be paid to priority creditors    $ 1,786.07

Remaining Balance    $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,894.09  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 350.18 | $ 0.00 | $ 0.00 |
| 000003 | CREDIT FIRST NA | $ 1,723.68 | $ 0.00 | $ 0.00 |
| 000004 | Portfolio Recovery Associates, LLC | $ 910.97 | $ 0.00 | $ 0.00 |
| 000005 | Capital One, N.A. | $ 584.55 | $ 0.00 | $ 0.00 |
| 000006 | Space Coast Credit Union | $ 2,711.32 | $ 0.00 | $ 0.00 |
| 000007 | Midland Funding LLC | $ 1,853.79 | $ 0.00 | $ 0.00 |
| 000008 | Midland Funding LLC | $ 2,236.57 | $ 0.00 | $ 0.00 |
| 000009 | Department Stores National Bank | $ 1,850.50 | $ 0.00 | $ 0.00 |
| 000010 | Midland Credit Management, Inc. | $ 1,244.12 | $ 0.00 | $ 0.00 |
| 000002B | Dept of Treasury-IRS | $ 2,428.41 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance                                                  $_____0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,119.92  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002C | Dept of Treasury-IRS | $        1,119.92 | $          0.00 | $          0.00 |

Total to be paid to subordinated unsecured creditors          $_____0.00

Remaining Balance                                                  $_____0.00